JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Adam Lopez-Arredondo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-0368 AWI |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| v. | DATE: April 8, 2013 |
| ADAM LOPEZ-ARREDONDO, | TIME: 10:00 A.M. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 22, 2013, **may be advanced to April 8, 2013 at 10:00 A.M.**

This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Lopez-Arredondo wishes to enter his plea and be sentenced as soon as possible. The U.S. Probation Office is agreeable to the advancement.

///
///
///
///
///
///

Lopez-Arredondo - Stipulation to Advance
Status Conference

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 3, 2013 | | By: | /s/ *Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| DATED: April 3, 2013 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>ADAM LOPEZ-ARREDONDO |

**O R D E R**

IT IS SO ORDERED.

Dated: April 3, 2013

_____
SENIOR DISTRICT JUDGE